FILED
July 23, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002800024

CHARLES L. HASTINGS    #88599
ALISSA K. HARRIS    #222084
LAW OFFICES OF CHARLES L. HASTINGS
4568 Feather River Dr., Ste. A
Stockton, CA 95219
(209) 476-1010

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO, CALIFORNIA

In re:

JEFFERY SUTHERLAND and MARY SUTHERLAND,

    Debtors.

CHAPTER 7

CASE NO. 2010-36689

D. C. NO.: CLH-1

DATE: August 24, 2010
TIME: 9:30 a.m.
DEPT: 35

## MOTION FOR ORDER COMPELLING TRUSTEE TO ABANDON THE DEBTORS' BUSINESS AS ASSET OF THE ESTATE (11 USCS § 554(b), 721)

Debtors JEFFERY AND MARY SUTHERLAND, by and through their attorney of record, will and hereby do bring a Motion to Compel Trustee to Abandon Debtors' Business As Asset of the Estate ("Motion") pursuant to 11 U.S.C.S. § 554(b) and § 721 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6007(b).

By this Motion, Debtors request that the Court enter an order compelling the Chapter 7 Trustee to abandon the bankruptcy estate's interest in Debtors' business on the following grounds:

1.    Debtors' business does not possess or own any assets that might be liquidated for value to benefit creditors and is therefore of inconsequential benefit to the estate and;

2.    The retention and operation of the business by the Trustee would be burdensome and costly to the estate and the creditors thereof.

1

Said grounds will be supported by this Motion, Declaration in support of this Motion, the pleadings and papers on file in this bankruptcy case, and by such oral and documentary evidence as the Court may permit upon the hearing of this Motion.

Dated: July 23, 2010

        Law Offices of
        CHARLES L. HASTINGS

        By /s/ Charles L. Hastings
            CHARLES L. HASTINGS